AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

MICHAEL AARLIE,

        Petitioner,

v.

JAMES HAGERTY,

        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 12-CV-3124-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's motion is GRANTED and the Petition is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).

January 16, 2013  
*Date*

SEAN F. McAVOY  
*Clerk*  
s/ Sheila Parpolia  
*(By) Deputy Clerk*  
Sheila Parpolia